**Order filed September 10, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00401-CV
_____

**CAFFE RIBS, INC., A UTAH CORPORATION, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 839502**

## ORDER

The court, on its own motion, orders its memorandum opinion issued in the above-referenced cause on January 16, 2014, designated as a regular opinion [1]. Tex. R. App. P. 19.3(e) and 47.2.

PER CURIAM

---

[1] Effective January 1, 2003, Texas Rule of Appellate Procedure 47 was amended to discontinue the designation of opinions in civil cases as either published or unpublished. Tex. R. App. P. 47, cmt.